**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO, | No. C 06-0883 MMC (PR) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| DR. HEWCHUCK, et al., | (Docket No. 41) |
| Defendants | |

Good cause appearing, plaintiff's request for an extension of time, to and including February 15, 2007, in which to file an amended complaint is GRANTED. **If plaintiff fails to file, on or before February 15, 2007, an amended complaint that cures the deficiencies set forth in the Court's December 11, 2006 Order of Dismissal With Leave to Amend, this action will be dismissed.**

This order terminates Docket No. 41.

IT IS SO ORDERED.

DATED: January 18, 2007

_____
MAXINE M. CHESNEY
United States District Judge